# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Antoine Jordan-Harris<br>a/k/a "Antoine Harris"<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  21-mj-646<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 27, 2020  in the county of  Philadelphia  in the Eastern District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1951(a) | Robbery which interferes with interstate commerce |
| 18 U.S.C. Section 924(c)(1) | Using, carrying and brandishing a firearm during and in relation to a crime of violence |

This criminal complaint is based on these facts:
See Attached Affidavit incorporated herein.

☑ Continued on the attached sheet.

/s/ Justin Hines
*Complainant's signature*

JUSTIN HINES, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  April 7, 2021

/s/ Mitchell S. Goldberg
*Judge's signature*

City and state:  Philadelphia, Pennsylvania

Hon. Mitchell S. Goldberg
*Printed name and title*

## AFFIDAVIT OF PROBABLE CAUSE

I, Justin Hines, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since 2015. I am currently assigned to the Philadelphia Crime Gun Enforcement Team (CGET). Its primary mission is to investigate those individuals and groups that are engaged in the commission of violent state and federal violations.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

3. As set forth below, there is probable cause to believe that violations of 18 U.S.C. § 1951(a) and 18 U.S.C. § 924(c) have been committed by Antoine JORDAN-HARRIS, a/k/a "Antoine Harris."

## PROBABLE CAUSE

4. On October 27, 2020, at approximately 2:05 a.m., a robber, later identified as ANTOINE JORDAN-HARRIS, entered the 7-Eleven store located at 2034 Broad Street in Philadelphia, Pennsylvania with approximately six to seven other unknown persons. This took place during a period of civil unrest within the city of Philadelphia. After JORDAN-HARRIS entered the store and looked around for a few minutes, he produced a baseball bat. He then began to smash a hanging TV display followed by credit

card payment key pads, and a hot food display that were located in the front of the store and near the counter where the cashier clerk was located. Upon the destruction of these items, JORDAN-HARRIS produced a black pistol, pointed it at the 7-Eleven clerk, and began counting down from ten in a loud and threatening manner as he demanded money. The victim clerk M.C., fearing for his life, gave JORDAN-HARRIS approximately $400 from the cash register. Then, JORDAN-HARRIS and the other unknown persons fled the store with the cash and an unknown amount of stolen merchandise.

5. During the commission of this armed robbery, the Temple University Police Department (TUPD) was watching these events in real time on a university camera system and dispatched officers to the scene. Upon their arrival, the dispatcher noted that the robber and others with him had fled to Carlisle Street. In particular, the dispatcher observed JORDAN-HARRIS enter a car that was the first one in a row of vehicles on that street. The dispatcher, therefore, directed the officers to that car. When officers arrived on Carlisle Street, they observed JORDAN-HARRIS in the front passenger seat of a gold Saturn sedan bearing PA tag 313266PD, that was determined to be a stolen car. The officers observed JORDAN-HARRIS reaching into the driver's side of the vehicle. As the officers approached JORDAN-HARRIS, they observed him with a pistol in his right hand. The officers immediately ordered JORDAN-HARRIS to show his hands. Instead of doing so, JORDAN-HARRIS stuffed something under the driver's seat and then put his hands in the front pocket of his hooded sweatshirt. JORDAN-HARRIS then pulled what appeared to be cash from his sweatshirt pocket and stuffed it under the driver's seat.

Officers removed JORDAN-HARRIS from the passenger side of the car and placed him into custody. A SCCY 9mm semi-automatic pistol with an obliterated serial number was recovered from underneath the seat as well as $427 in cash.

6. Meanwhile, TUPD officers had responded to the 7-Eleven store, taking account of what had happened during the armed robbery and damage done to the store. They also asked the victim clerk, M.C. if he would be willing to travel with an officer to determine if he could identify someone who might have been involved in the robbery. M.C. agreed to view the individual who was in custody to see if he recognized him. Upon arriving at the scene, M.C. identified JORDAN-HARRIS as the offender of the aforementioned conduct, by stating affirmatively, "That's him." It should be noted that JORDAN-HARRIS was wearing a distinctive black sweatshirt with white dots and a red "NASA" logo on it. JORDAN-HARRIS also was wearing a memorable necklace with the picture of a woman inside of it.

7. Upon learning of this robbery, I along with other CGET investigators initiated an investigation and traveled to the 7-Eleven store. Upon arrival, the store owner, S.T., provided law enforcement with CCTV footage of the incident and bills of lading for interstate goods his store receives from out of state. In addition to this, he pointed out the property that was destroyed earlier that morning. In the CCTV footage, JORDAN-HARRIS could be seen clearly wearing the distinctive black sweatshirt with white dots and a red "NASA" logo and memorable necklace described above.

8.      I along with members of the CGET then went to the Philadelphia Police Department, Central Detective Division where JORDAN-HARRIS had been transported a few hours earlier. JORDAN-HARRIS was observed inside of an interview room, wearing a black sweatshirt that had been turned inside-out. Investigators requested that he remove his sweatshirt and turn it right-side out. Once done, the sweatshirt was an exact match to the one worn by the robber during the commission of the armed robbery of the 7-Eleven on North Broad Street.

9.      JORDAN-HARRIS was read his rights under *Miranda* which he waived both verbally and in a written waiver. JORDAN-HARRIS provided investigators a lengthy interview. In summary, JORDAN-HARRIS admitted that he had smashed the TV inside of the 7-Eleven. After further questioning, JORDAN-HARRIS admitted he did rob the business, with a firearm and took cash from the clerk. JORDAN-HARRIS was shown still images of CCTV footage of the robbery and JORDAN-HARRIS identified himself in these images. JORDAN-HARRIS was questioned as to where he fled following the robbery. JORDAN-HARRIS stated that he had fled to the vehicle where he was arrested by TUPD.

10.     Based upon my investigation and familiarity with 7-Eleven, the business receives and sells items that are manufactured outside of the Commonwealth of Pennsylvania and is therefore a business that is engaged in interstate commerce.  Also, as a result of the armed robbery of October 27, 2020, the operations of 7-Eleven were

detrimentally impacted in that its operations were disrupted and delayed as a result of the robbery.

## **CONCLUSION**

11.     Based on the foregoing, I believe there is probable cause that JORDAN-HARRIS committed robbery affecting interstate commerce, in violation of 18 U.S.C. § 1951(a); and using, carrying and brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c). I respectfully ask that the Court issue a warrant ordering his arrest for those crimes.

Respectfully submitted,

 /s/ Justin Hines
Justin Hines, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Subscribed and sworn to
before me on April 7, 2021

 /s/ Mitchell S. Goldberg
Hon. Mitchell S. Goldberg
UNITED STATES DISTRICT COURT JUDGE